# Court of Appeals
# of the State of Georgia

ATLANTA,___November 10, 2015___

*The Court of Appeals hereby passes the following order:*

**A15A2339, A15A2340.  HAHN v. THE STATE (two cases).**

Appellant, Jamie P. Hahn, filed the captioned pro se appeals from the trial court's denial of his pro se motion seeking documents and records at government expense.  In each appeal, Appellant was provided with a docketing notice from this Court informing him that the captioned appeals were docketed in this Court on August 12, 2015, and that an Appellant's brief, including enumeration of errors,  in each appeal was due to be filed within 20 days of docketing – no later than September 1, 2015. Court of Appeals Rules 22 (a); 23 (a).  Because Appellant did not timely file a brief and enumeration of errors in either of the captioned appeals, nor did Appellant obtain an extension of time for filing, both of the captioned appeals are DISMISSED. Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,_____* 11/10/2015 _____
      *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
            *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____ *, Clerk.*